UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Regents of The University of Minnesota<br>        Plaintiff,<br>v.<br><br>AT & T Mobility LLC et. al.<br>            Defendants. | Civil No. 14-cv-04666 (JRT/TNL) |
| Regents of The University of Minnesota<br>        Plaintiff,<br>v.<br><br>Sprint Solutions, Inc. and Sprint Spectrum, L.P. et al.<br>            Defendants. | Civil No. 14-cv-04669 (JRT/TNL) |
| Regents of The University of Minnesota<br>        Plaintiff,<br>v.<br><br>T-Mobile USA, Inc. et al.<br>            Defendants. | Civil No. 14-cv-04671 (JRT/TNL) |
| Regents of The University of Minnesota<br>        Plaintiff,<br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless et al.<br>            Defendants. | Civil No. 14-cv-4672 (JRT/TNL) |

1

### NOTICE OF WITHDRAWAL OF JEFFREY C. BROWN

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Jeffrey C. Brown hereby withdraws as counsel of record for Alcatel-Lucent USA Inc. ("ALU") and Nokia Solutions and Networks US LLC ("NSN") in the above-captioned matters.  Mr. Brown consents to this withdrawal and ALU and NSN continue to be represented by Vicki J. Bitner of Sapientia Law Group PLLC and other counsel, and will not be prejudiced by this withdrawal.

Dated: June 24, 2016        **SAPIENTIA LAW GROUP PLLC**

By: /s Jeffrey C. Brown
Jeffrey C. Brown (#0256948)
jeffb@sapientialaw.com
Vicki J. Bitner (#0213998 )
VickiB@sapientialaw.com
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
Facsimile: (612) 756-7101

Robert F. Perry (admitted *pro hac vice*)
rperry@kslaw.com
Allison H. Altersohn (admitted *pro hac vice*)
aaltersohn@kslaw.com
Christopher C. Carnaval (Of Counsel)
ccarnaval@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 566-2222

Steven T. Snyder (admitted *pro hac vice*)
ssnyder@kslaw.com
KING & SPALDING LLP

100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Fax: (704) 503-2622

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ALCATEL-LUCENT USA INC. AND NOKIA SOLUTIONS AND NETWORKS US LLC**