UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | Civil Action No. 14-cv-4666 JRT-TNL |
| v. | **JURY TRIAL DEMANDED** |
| AT&T MOBILITY LLC, | |
| Defendant, | |
| ERICSSON, INC., and ALCATEL LUCENT USA INC., | |
| Defendants-Intervenors. | |
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | Civil Action No. 14-cv-4669 JRT-TNL |
| v. | **JURY TRIAL DEMANDED** |
| SPRINT SPECTRUM L.P., et al., | |
| Defendants, | |
| ERICSSON, INC., ALCATEL LUCENT USA INC., and NOKIA SOLUTIONS AND NETWORKS US LLC, | |
| Defendants-Intervenors. | |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>   Plaintiff,<br><br> v.<br><br>T-MOBILE USA, INC.,<br><br>   Defendant,<br><br>ERICSSON, INC., ALCATEL LUCENT USA INC., and NOKIA SOLUTIONS AND NETWORKS US LLC,<br><br>   Defendants-Intervenors. | Civil Action No. 14-cv-4671 JRT-TNL<br><br>**JURY TRIAL DEMANDED** |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>   Plaintiff,<br> v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>   Defendant,<br><br>ERICSSON, INC., and ALCATEL LUCENT USA INC.,<br><br>   Defendants-Intervenors. | Civil Action No. 14-cv-4672 JRT-TNL<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

1

Pursuant to Paragraph V(d) of the Court's Third Amended Scheduling Orders ("Scheduling Order") dated September 20, 2016 (*See, e.g.*, Docket No. 151 in case -4666) Regents of the University of Minnesota ("University"), AT&T Mobility LLC ("AT&T"), Sprint Spectrum L.P. and Sprint Solutions, Inc. (collectively "Sprint"), T-Mobile USA, Inc. ("T-Mobile"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Ericsson, Inc. ("Ericsson"), Alcatel-Lucent USA Inc. ("ALU"), and Nokia Solutions and Networks US LLC ("NSN") hereby jointly submit this Joint Claim Construction Statement.

**1.    Claim Construction Hearing**

The parties request that the Court schedule a claim construction hearing. The parties propose that the Court hold a hearing on March 29, 2016. The parties further propose that each side be given two hours of total argument (i.e., the University will have two hours and the Defendants/Intervenors will have two hours), and that the disputed claim terms be argued on a term-by-term basis. Of course the parties are happy to accommodate the Court's preferred schedule and hearing format.

The parties additionally believe that a technology tutorial would be helpful to the Court in understanding the parties' disputes. The parties propose a three-hour technology tutorial in advance of the claim construction hearing at a time that's convenient for the Court. At the technology tutorial, each side would be permitted one and one half hours for a presentation regarding the technology at issue and there would be no submission of evidence.

The parties do not believe that a pre-claim construction conference is necessary.

## 2. Claim Construction Briefing

The parties propose that each side file an opening brief setting forth their proposed constructions of any disputed terms and the basis for each such construction on a date eight weeks before the claim construction hearing. The parties further propose that each side file responsive briefs on a date four weeks before the claim construction hearing. The parties propose that the parties' briefing be limited to a total of 20,000 words each.

## 3. Agreed Upon Constructions

Pursuant to Paragraph V(e)(ii)(1) of the Scheduling Order, the parties agree on the following constructions:

| Terms | Agreed Constructions |
|---|---|
| "that are not restricted by the constellation of the information bearing symbols" / "that are not restricted to the finite alphabet of the constellation" | "that include symbols not in the constellation" |
| "unitary matrix" | "a square matrix whose conjugate transpose is equal to its inverse". |
| "Nt" | "number of transmit antennas" |
| "diagonal matrix" | A matrix having non-zero values only on the diagonal. |
| "block[] of … symbols" | Block of symbols: "A group of symbols for transmission at a given time"<br><br>Blocks of symbols: "more than one block of symbols" |
| Cyclic prefix length | The duration of a cyclic prefix |
| Cyclic prefix parameter | A parameter representing the duration of the cyclic prefix |

3

The parties further agree that the terms of the patents-in-suit other than those identified above and in Exhibits A and B, for which the parties offer proposed constructions, should be given their plain and ordinary meaning consistent with Federal Circuit law.

4.     **Proposed Constructions and Evidence**

Pursuant to Paragraph V(e)(ii)(2) of the Scheduling Order, Plaintiff attaches hereto **Exhibit A** and Defendants attach hereto **Exhibit B**, which set forth the parties' proposed constructions of each disputed claim term, phrase, or clause together with an identification of intrinsic evidence that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either in support of its proposed construction of the claim or to oppose any other party's proposed construction of the claim.

5.     **Witnesses and Expert Discovery**

Pursuant to Paragraph V(e)(ii)(3) of the Scheduling Order, Plaintiff identifies its expert witnesses, Dr. Jonathan Wells and Dr. Harry Bims.  Plaintiff's experts may offer testimony in support of Plaintiff's constructions or to rebut Defendants' constructions. Defendants identify their expert witnesses, Dr. Alex Haimovich, Dr. Daniel van der Weide, and Dr. Stephen Wicker.  Defendants' experts may offer testimony in support of Defendants' constructions or to rebut Plaintiff's constructions.

The parties propose making their respective experts available for live testimony at the claim construction hearing and at the technology tutorial, should the Court have any questions for the experts.  The parties further propose that expert opinions be submitted via declaration along with a party's respective opening or responsive claim construction

briefs. The parties further propose that any depositions concerning claim construction experts be completed in the time between the filing of the parties' responsive claim construction briefs and one week before the claim construction hearing.

**6.     Technical Advisor**

*Defendants' Proposal*

Defendants believe that a technical advisor would be helpful to the Court in understanding the parties' disputes. As Judge Leung noted in his Report and Recommendation Denying Defendants' Motion to Reduce Asserted Claims[1], the patents-in-suit relate to "an extremely complicated technology. . . ." The parties expect to brief highly technical issues, including disputes regarding the nature of mathematical operations, such as linear transformations, matrix multiplication, spreading sequences, and Hadamard matrices, as well as physical layer processing techniques used to provide diversity in wireless communications systems, such as signal constellations, bit and symbol interleaving, and phase rotations. Defendants expect the parties to provide competing expert opinions regarding these issues, and as such, Defendants believe a neutral technical advisor would be helpful for the Court. Should the Court wish to appoint a technical advisor, Defendants are willing to meet and confer with Plaintiff in an effort to mutually agree on a technical advisor to recommend to the Court. Judge Schiltz recently utilized a similar procedure in a case involving complex technology and noted that the "technical advisor has been extremely helpful*.*" *See Mastermine Software, Inc. v. Microsoft Corp.*, 0:13-cv-00971, Dkt. No. 211 (May 6, 2016).

---

[1] Dkt. Nos. 189, 206, 212, and 213.

*Plaintiff's Proposal*

Plaintiff does not believe a technical advisor would be helpful in this case. As set forth above, the parties anticipate having their respective technical experts available for both the technology tutorial and the claim construction hearing. Should the Court have technical inquiries, these experts will be more than capable of addressing the particular subject matter of the patents-in-suit. Given the specialized nature of the technology at issue, locating a neutral technical advisor would likely be a difficult and time consuming process that is unnecessary given that the parties can provide expert assistance should the Court desire.

Dated: December 21, 2016                    **FISH & RICHARDSON P.C.**

By: *s/ Conrad A. Gosen*
William R. Woodford (#0322593)
woodford@fr.com
Conrad A. Gosen (#0395381)
gosen@fr.com
60 S. Sixth St.
3200 RBC Plaza
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Of Counsel:
Frank E. Scherkenbach
scherkenbach@fr.com
Lawrence K. Kolodney
kolodney@fr.com
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070
Fax: (617) 542-8906

Aamir A. Kazi
Kazi@fr.com
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002

**DOUGLAS R. PETERSON**
General Counsel
University of Minnesota

Brian J. Slovut (#236846)
slov0002@umn.edu
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN  55455-2006
Tel: (612) 624-4100
Fax: (612) 626-9624

**Attorneys for Plaintiff**
**Regents of the University of Minnesota**

7

Dated:  December 21, 2016

        Respectfully submitted,


        <u>/s/  Karen McDaniel</u>
        Karen McDaniel (#194554)
        **Briggs and Morgan, P.A.**
        2200 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        T: 612.977.8400
        F: 612.977.8650

        Theodore Stevenson III (admitted *pro hac vice*)
        Texas State Bar No. 19196650
        tstevenson@mckoolsmith.com
        Warren Lipschitz (admitted *pro hac vice*)
        Texas State Bar No. 24078867
        wlipschitz@mckoolsmith.com
        Nicholas Mathews (admitted *pro hac vice*)
        Texas State Bar No. 24085457
        nmathews@mckoolsmith.com
        **McKool Smith, P.C.**
        300 Crescent Court Suite 1500
        Dallas, TX 75201
        Telephone: (214) 978-4000
        Telecopier: (214) 978-4044

        Kevin L. Burgess (admitted *pro hac vice*)
        Texas State Bar No. 24006927
        kburgess@McKoolSmith.com
        **McKool Smith, P.C.**
        300 W. 6th Street, Suite 1700
        Austin, TX 78701
        Telephone: (512) 692-8700
        Telecopier: (512) 692-8744

        ***Attorneys For Defendant-Intervenor Ericsson Inc.***

**BERENS & MILLER, PA**

<u>s/ Carrie L. Zochert</u>
Barbara Podlucky Berens (#209788)
Carrie L. Zochert (#291778)
3720 IDS Center
80 South Eighth Street Minneapolis, MN 55402
Tel: (612) 349-6171

Of Counsel:
GIBSON, DUNN & CRUTCHER LLP
Josh Krevitt (pro hac vice)
Benjamin Hershkowitz (pro hac vice)
200 Park Avenue New York, NY 10166
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Neema Jalali (pro hac vice)
555 Mission Street
San Francisco, CA 94105
Tel: (415) 393-8258
njalali@gibsondunn.com

***Attorneys for Defendant AT&T Mobility LLC***


<u>/s/ George R. Spatz</u>
David E. Finkelson (admitted pro hac vice)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Phone: (804) 775-1157
Facsimile: (804) 225-5377
dfinkelson@mcguirewoods.com

George R. Spatz (admitted pro hac vice)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100

9

Chicago, IL 60601
Phone: (312) 321-7676
Facsimile: (312) 698-4584
gspatz@mcguirewoods.com

Rachelle H. Thompson (admitted pro hac vice)
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Phone: (919) 755-6572
Facsimile: (919) 755-6591
rthompson@mcguirewoods.com

Kevin D. Conneely (#192703)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Phone: (612) 335-1500
Facsimile: (612) 335-1657
kevin.conneely@stinsonleonard.com

***Attorneys for Defendants Sprint Spectrum L.P. and Sprint Solutions Inc.***

**WEIL, GOTSHAL & MANGES LLP**

<u>/s/ Garland T. Stephens</u>
Garland T. Stephens (*pro hac vice*)
Justin L. Constant (*pro hac vice*)
700 Louisiana, Suite 1700
Houston, TX 77002
Phone: (713) 546-5000
garland.stephens@weil.com
Justin.constant@weil.com

Anne M. Cappella (*pro hac vice*)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3000
anne.cappella@weil.com

Megan H. Wantland (*pro hac vice*)

10

1300 Eye Street NW, Suite 900
Washington, DC 20005
Phone: (202) 682-7000
Fax: (202) 857-0940
megan.wantland@weil.com

John A. Cotter (MN Bar No. 0134296)
Katherine E. Muller (MN Bar No. 0391957)
LARKIN HOFFMAN DALY & LINDGREN LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1060
Telephone: (952) 835-3800
Facsimile: (952) 896-3333
jcotter@larkinhoffman.com
kmuller@larkinhoffman.com

*Attorneys for Defendant T-Mobile USA, Inc.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Stephanie T. Neely*
William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Stephanie T. Neely (*pro hac vice*)
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com
louis.tompros@wilmerhale.com
stephanie.neely@wilmerhale.com

Annamarie A. Daley (#158112)
JONES DAY
90 South Seventh Street
Suite 5090
Minneapolis, MN 55402
Phone: (612) 607-7928
adaley@jonesday.com

11

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

By: */s/ Steven T. Snyder*
Vicki J. Bitner (#0213998 )
VickiB@sapientialaw.com
SAPIENTIA LAW GROUP PLLC
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
Facsimile: (612) 756-7101

Robert F. Perry
rperry@kslaw.com
Allison H. Altersohn
aaltersohn@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 566-2222

Steven T. Snyder
ssnyder@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202
Telephone: (704) 503-2600
Fax: (704) 503-2622

*Attorneys for Intervenors Alcatel-Lucent USA Inc. and Nokia Solutions and Networks US LLC*