# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | Case No. 14-cv-4666 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| AT&T MOBILITY LLC, | |
| Defendant. | |
| and | |
| ERICSSON, INC., AND ALCATEL-LUCENT USA INC., | |
| Defendant-Intervenors. | |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | Case No. 14-cv-4669 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| SPRINT SOLUTIONS, INC. AND SPRINT SPECTRUM, L.P., | |
| Defendants. | |
| and | |
| ERICSSON, INC., ALCATEL-LUCENT USA INC., AND NOKIA SOLUTIONS AND NETWORKS US LLC, | |
| Defendant-Intervenors. | |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | Case No. 14-cv-4671 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| T-MOBILE USA, INC., | |
| Defendant. | |
| and | |
| ERICSSON, INC., ALCATEL-LUCENT USA INC., AND NOKIA SOLUTIONS AND NETWORKS US LLC, | |
| Defendant-Intervenors. | |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | Case No. 14-cv-4672 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| Defendant. | |
| and | |
| ERICSSON, INC., AND ALCATEL-LUCENT USA INC., | |
| Defendant-Intervenors. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2016 (Case No. 14-cv-4666, Docket No. 189; Case No. 14-cv-4669, Docket No. 206; Case No. 14-cv-4671, Docket No. 213; Case No. 14-cv-4672, Docket No. 212), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Reduce Asserted Claims, (Case No. 14-cv-4666, Docket No. 155; Case No. 14-cv-4669, Docket No. 167; Case No. 14-cv-4671, Docket No. 158; Case No. 14-cv-4672, Docket No. 164), is **DENIED.**

2. Plaintiff's proposal is **ADOPTED** as set forth in the Report and Recommendation. Subject to any further order of the Court, Plaintiff shall reduce the number of asserted claims to no more than 45 before the claim construction process begins and shall reduce further to no more than 20 claims shortly after the close of fact discovery or after the Court has issued its Claim Construction Order, whichever is later in time.

Date: January 10, 2017
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court