# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Regents of the University of Minnesota,        Civil Action No. 14-cv-4666 (JRT/TNL)

        Plaintiff,

v.                                             **NOTICE OF WITHDRAWAL**
                                               **OF COUNSEL**

AT&T Mobility LLC,

        Defendant.

Ericsson, Inc. and Alcatel Lucent USA Inc.,

        Defendant-Intervenors.

PLEASE TAKE NOTICE that pursuant to Rule 87.3 of the Local Rules of the United States District Court for the District of Minnesota, attorney Steven T. Snyder hereby withdraws as counsel of record for Defendant AT&T Mobility LLC and Defendant-Intervenors Ericsson, Inc. and Alcatel-Lucent USA Inc. in the above-captioned matter.

Date: July 26, 2017                    Respectfully submitted,

                                  /s/ Steven T. Snyder
                                  Steven T. Snyder
                                  Smith Moore Leatherwood LLP
                                  101 N. Tryon Street, Suite 1300
                                  Charlotte, NC  28246
                                  Phone: 704-384-2648
                                  Fax:  704-384-2948
                                  steven.snyder@smithmoorelaw.com