# McKool Smith

Nicholas M. Mathews
Direct Dial: (214) 978-4914
nmathews@McKoolSmith.com

300 Crescent Court
Suite 1500
Dallas, Texas 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

May 21, 2018

**Via Electronic Filing**

Honorable Tony N. Leung
United States District Court
342 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

RE: *Regents of the University of Minnesota v. Ericsson, Inc., et al.,* Case Nos. 14-cv-04666, -04669, -04671, -04672 (D. Minn.)

Dear Judge Leung:

Ericsson has consulted with Regents and the other defendants and provides the following status update regarding the progress of Ericsson's IPRs challenging the validity of the patents-in-suit. On December 19, 2017, the PTAB denied Regents' motion to dismiss the IPRs based on alleged sovereign immunity.[1] Regents moved to stay Ericsson's IPRs pending appeal of the sovereign immunity decision to the Federal Circuit.[2] On January 29, 2018, the PTAB granted Regents' motion to stay Ericsson's IPRs,[3] and on February 12, 2018, Regents appealed to the Federal Circuit.[4]

The current briefing schedule is as follows:

- Appellant's Opening Brief: May 29, 2018
- Appellees' Response Briefs:[5] July 9, 2018
- Appellant's Reply Brief: July 23, 2018

Regards,

*/s/ Nicholas Mathews*

Nicholas Mathews

---

[1] *Ericsson Inc. v. Regents of the University of Minnesota*, IPR2017-01186, Paper No. 14.
[2] *Id.*, Paper No. 18.
[3] *Id.*, Paper No. 21.
[4] *Id.*, Paper No. 22.
[5] The appeal is consolidated with other decisions denying Regents' motions to dismiss IPRs based on sovereign immunity. The lead appeal is Federal Circuit case number 2018-1559.