# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant,<br><br>and<br><br>ERICSSON, INC. and ALCATEL-LUCENT USA, INC.,<br><br>    Intervenors. | Civil Action No. 14-cv-4666 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM L.P., *et al.*,<br><br>    Defendants,<br><br>and<br><br>ERICSSON, INC., ALCATEL-LUCENT USA, INC., and NOKIA SOLUTIONS AND NETWORKS US LLC,<br><br>    Intervenors. | Civil Action No. 14-cv-4669 |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>and<br><br>ERICSSON, INC., ALCATEL-LUCENT USA, INC., and NOKIA SOLUTIONS AND NETWORKS US LLC,<br><br>    Intervenors. | Civil Action No. 14-cv-4671 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendant,<br><br>and<br><br>ERICSSON, INC. and ALCATEL-LUCENT USA, INC.,<br><br>    Intervenors. | Civil Action No. 14-cv-4672 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, attorney Laura Huffman hereby withdraws as counsel of record for Intervenor Defendant Alcatel-Lucent USA Inc. ("ALU") and Nokia Solutions and Networks US LLC ("NSN") in the above-captioned matters.

Respectfully submitted,

Dated: 10/23/2020

s/Laura Huffman
Laura Huffman
*(admitted pro hac vice)*
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone:  404-572-4712
lhuffman@kslaw.com

**SAPIENTIA LAW GROUP PLLC**

Sonia Miller-Van Oort (#278087)
soniamv@sapentialaw.com
Jonathan A. Strauss (#279602)
jons@sapentialaw.com
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
Facsimile: (612) 756-7101

Nathan Hamstra (#6286325)
*(admitted pro hac vice)*
nathanhamstra@quinnemanuel.com
Marc Kaplan (#6303652)

*(admitted pro hac vice)*
marckaplan@quinnemanuel.com
David Nelson (#6209623)
*(admitted pro hac vice)*
davenelson@quinnemanuel.com
Stephen Swedlow (#6234550)
*(admitted pro hac vice)*
stephenswedlow@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

**ATTORNEYS FOR INTERVENOR ALCATEL-LUCENT USA, INC.**