# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | |
| v. | Civil Action No. 14-cv-4666 |
| AT&T MOBILITY LLC, | **JRT-TNL JURY TRIAL DEMANDED** |
| Defendant, | |
| ERICSSON, INC., and ALCATEL-LUCENT USA INC., | |
| Intervenors. | |
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | |
| v. | Civil Action No. 14-cv-4669 |
| SPRINT SPECTRUM L.P., et al., | **JRT-TNL JURY TRIAL DEMANDED** |
| Defendants, | |
| ERICSSON, INC., ALCATEL-LUCENT USA INC., and NOKIA SOLUTIONS AND NETWORKS US LLC, | |
| Intervenors. | |
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | |
| v. | Civil Action No. 14-cv-4671 |
| T-MOBILE USA, INC., | **JRT-TNL JURY TRIAL DEMANDED** |
| Defendant, | |

1

| | |
|---|---|
| ERICSSON, INC., ALCATEL-LUCENT USA INC., and NOKIA SOLUTIONS AND NETWORKS US LLC,<br><br>    Intervenors.<br><br>REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendant,<br><br>ERICSSON, INC., and ALCATEL-LUCENT USA INC.,<br><br>    Intervenors. | Civil Action No. 14-cv-4672<br><br>**JRT-TNL JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, attorney Zachary R. Clark hereby withdraws as counsel of record for Intervenor Defendant Alcatel-Lucent USA Inc. and Nokia Solutions and Networks US LLC in the above-captioned matters. Alcatel-Lucent USA Inc., and Nokia Solutions and Networks US LLC will continue to be represented in this matter by the other counsel listed below.

Dated: June 28, 2021                        Respectfully submitted,

                                                      /s/ *Zachary Clark*
                                                      Zachary Clark (*admitted pro hac vice*)
                                                      **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                                      191 N. Wacker Drive, Ste. 2700
                                                      Chicago, IL 60606

Telephone: (312) 705-7400
Facsimile: (312) 705-7401
zacharyclark@quinnemanuel.com

Jonathan A. Strauss
Sonia L. Miller-Van Oort
**SAPIENTIA LAW GROUP PLLC**
120 S. 6th St., Ste. 100
Minneapolis, MN 55402
Telephone: (612) 756-7100
Facsimile: (612) 756-7101
Email: jons@sapientialaw.com;
soniamv@sapientialaw.com

David Aaron Nelson (*pro hac vice*)
Stephen Andrew Swedlow (*pro hac vice*)
Nathaniel Andrew Hamstra (*pro hac vice*)
Marc Lawrence Kaplan (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
191 N. Wacker Drive, Ste. 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email:davenelson@quinnemanuel.com;
stephenswedlow@quinnemanuel.com
nathanhamstra@quinnemanuel.com;
marckaplan@quinnemanuel.com;

**Attorneys for Defendant Alcatel-Lucent USA Inc., and Nokia Solutions and Networks US LLC**