UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | Civil Action No. 14-cv-4666 JRT-TNL |
| v. | **JURY TRIAL DEMANDED** |
| AT&T MOBILITY LLC, | |
| Defendant, | |
| ERICSSON, INC., and ALCATEL LUCENT USA INC., | |
| Defendants-Intervenors. | |
| REGENTS OF THE UNIVERSITY OF MINNESOTA, | |
| Plaintiff, | Civil Action No. 14-cv-4669 JRT-TNL |
| v. | **JURY TRIAL DEMANDED** |
| SPRINT SPECTRUM L.P., et al., | |
| Defendants, | |
| ERICSSON, INC., ALCATEL LUCENT USA INC., and NOKIA SOLUTIONS AND NETWORKS US LLC, | |
| Defendants-Intervenors. | |

REGENTS OF THE
UNIVERSITY OF MINNESOTA,

       Plaintiff,

    v.

T-MOBILE USA, INC.,

       Defendant,

ERICSSON, INC., ALCATEL LUCENT
USA INC., and NOKIA SOLUTIONS AND
NETWORKS US LLC,

       Defendants-Intervenors.

Civil Action No. 14-cv-4671 JRT-TNL

**JURY TRIAL DEMANDED**

REGENTS OF THE
UNIVERSITY OF MINNESOTA,

       Plaintiff,
    v.

CELLCO PARTNERSHIP
D/B/A VERIZON WIRELESS,

       Defendant,

ERICSSON, INC., and ALCATEL
LUCENT USA INC.,

       Defendants-Intervenors.

Civil Action No. 14-cv-4672 JRT-TNL

**JURY TRIAL DEMANDED**

## <u>JOINT CLAIM CONSTRUCTION STATEMENT</u>

1

Pursuant to the Court's Fourth Amended Scheduling Orders ("Scheduling Orders") dated December 31, 2020, in each of the above matters,[1] Regents of the University of Minnesota ("University"), AT&T Mobility LLC ("AT&T"), Sprint Spectrum L.P. and Sprint Solutions, Inc. (collectively "Sprint"), T-Mobile USA, Inc. ("T-Mobile"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Ericsson, Inc. ("Ericsson"), Alcatel-Lucent USA Inc. ("ALU"), and Nokia Solutions and Networks US LLC ("NSN") hereby jointly submit this Joint Claim Construction Statement.

## 1.      Claim Construction Hearing & Technology Tutorial

As noted in the Scheduling Orders, the parties proposed February 2, 2022, for the claim construction hearing.  The parties further propose that each side be given two hours of total argument (*i.e.*, the University will have two hours and the Defendants/Intervenors will have two hours), and that the disputed claim terms be argued on a term-by-term basis. Of course, the parties are happy to accommodate the Court's preferred schedule and hearing format.

In the Scheduling Orders, the parties also proposed a technology tutorial on January 26, 2022.  The parties believe a three-hour technology tutorial would be helpful to the Court in understanding the parties' disputes.  Under this proposal, each side would be permitted 90 minutes for a presentation regarding the technology at issue and there would be no submission of evidence.

The parties do not believe that a pre-claim construction conference is necessary.

---

[1] ECF No. 267 in Case No. 14-cv-4666; ECF No. 305 in Case No. 14-cv-4669; ECF No. 290 in Case No. 14-cv-4671; ECF No. 292 in Case No. 14-cv-4672.

**2.      Agreed Upon Constructions**

The following table includes a complete list of the terms and constructions on which

the parties agree:

| Terms | Agreed Constructions |
|---|---|
| "constellation" | "a set of points or symbols corresponding to the characteristics of a digitally modulated signal, such as amplitude and phase" |
| "constellation symbol" | "symbols corresponding to the characteristics of a digitally modulated signal, such as amplitude and phase" |
| "that are not restricted by the constellation of the information bearing symbols"<br><br>"that are not restricted to the finite alphabet of the constellation" | "that include symbols not in the constellation" |
| "over a complex field without restriction to an alphabet size" | "that can produce a number of different complex values that are not limited to the number of constellation symbols that can be produced by the mapping unit" |
| "linear precoder comprises a unitary matrix" | "a precoder that performs a mathematical operation that, when expressed in its matrix form, includes multiplication by a unitary matrix" |
| "unitary matrix" | "a square matrix whose conjugate transpose is equal to its inverse" |
| "Nt" | "number of transmit antennas" |
| "diagonal matrix" | "a matrix having non-zero values only on the diagonal" |
| "block[] of … symbols" | Block of symbols: "a group of symbols for transmission at a given time"<br><br>Blocks of symbols: "more than one block of symbols" |

| Terms | Agreed Constructions |
|---|---|
| "cyclic prefix length" | "the duration of a cyclic prefix" |
| "cyclic prefix parameter" | "a parameter representing the duration of the cyclic prefix" |
| "multiple-input multiple-output (MIMO) channel" | "a communication channel in which the transmitter transmits over multiple antennas and the receiver receives the transmissions over multiple antennas" |
| Order of operations for '768 patent claims | Claim 1: The apparatus has components that perform the corresponding functions in each element in the order recited.<br><br>Claim 13: The system has a transmitter with components that perform the corresponding functions in each element in the order recited.<br><br>Claim 21: The steps of each element of the method claim 21 are performed in the order recited. |

The parties further agree that the terms of the patents-in-suit other than those identified above and in Exhibits A and B, for which the parties offer proposed constructions, should be given their plain and ordinary meaning consistent with Federal Circuit law.

**3.     Proposed Constructions and Evidence**

Plaintiff attaches hereto **Exhibit A** and Defendants-Intervenors attach hereto **Exhibit B**, which set forth the parties' proposed constructions of each disputed claim term, phrase, or clause together with an identification of intrinsic evidence that support that construction, and an identification of any extrinsic evidence known to the party on which

it intends to rely either in support of its proposed construction of the claim or to oppose any other party's proposed construction of the claim.

## 4.      Witnesses and Expert Discovery

Plaintiff identifies its expert witnesses, Dr. Jonathan Wells and Dr. Harry Bims. Plaintiff's experts may offer testimony in support of Plaintiff's constructions or to rebut Defendants' constructions.    Defendants identify their expert witnesses, Dr. Alex Haimovich, Dr. Daniel van der Weide, and Dr. Stephen Wicker.  Defendants' experts may offer testimony in support of Defendants' constructions or to rebut Plaintiff's constructions.

The parties propose making their respective experts available for live testimony at the claim construction hearing and at the technology tutorial, should the Court have any questions for the experts.  The parties further propose that expert opinions be submitted via declaration along with a party's respective opening or responsive claim construction briefs. The parties further propose that any depositions concerning claim construction experts be completed in the time between the filing of the parties' responsive claim construction briefs and one week before the claim construction hearing.

## 5.      Technical Advisor

*Plaintiff's Proposal*

Plaintiff does not believe a technical advisor would be helpful in this case.  As set forth above, the parties anticipate having their respective technical experts available for both the technology tutorial and the claim construction hearing.  Should the Court have technical inquiries, these experts will be more than capable of addressing the particular

subject matter of the patents-in-suit.  Given the specialized nature of the technology at issue, locating a neutral technical advisor would likely be a difficult and time-consuming process that is unnecessary given that the parties can provide expert assistance should the Court desire.

*Defendants' Proposal*

Defendants believe that a technical advisor would be helpful to the Court in understanding the parties' disputes.   As Judge Leung noted in his Report and Recommendation Denying Defendants' Motion to Reduce Asserted Claims[2], the patents-in-suit relate to "an extremely complicated technology. . . ."  The parties expect to brief highly technical issues, including disputes regarding the nature of mathematical operations, such as linear transformations, matrix multiplication, spreading sequences, and Hadamard matrices, as well as physical layer processing techniques used to provide diversity in wireless communications systems, such as signal constellations, bit and symbol interleaving, and phase rotations.  Defendants expect the parties to provide competing expert opinions regarding these issues, and as such, Defendants believe a neutral technical advisor would be helpful for the Court.  Should the Court wish to appoint a technical advisor, Defendants are willing to meet and confer with Plaintiff in an effort to mutually agree on a technical advisor to recommend to the Court.  Judge Schiltz recently utilized a similar procedure in a case involving complex technology and noted that the "technical

---

[2] Dkt. Nos. 189, 206, 212, and 213.

advisor has been extremely helpful.*" See Mastermine Software, Inc. v. Microsoft Corp.*, 0:13-cv-00971, Dkt. No. 211 (May 6, 2016).

Dated:  October 20, 2021                    **FISH & RICHARDSON P.C.**

                         By:     */s/ Conrad A. Gosen*
                                 Conrad A. Gosen (#0395381)
                                 gosen@fr.com
                                 60 S. Sixth St., 3200 RBC Plaza
                                 Minneapolis, MN 55402
                                 Tel: (612) 335-5070

                                 **Attorney for Plaintiff**
                                 **Regents of the University of Minnesota**


**FISH & RICHARDSON**                **AVANTECH LAW**

Frank E. Scherkenbach                    William R. Woodford (#0322593)
scherkenbach@fr.com                      woodford@avantechlaw.com
Lawrence K. Kolodney                     80 South 8th Street, Suite 900
kolodney@fr.com                          Minneapolis, MN 55402
Whitney A. Reichel                       Tel: (612) 895-2721
wreichel@fr.com
One Marina Park Drive                    **UNIVERSITY OF MINNESOTA**
Boston, MA 02210-1878
Tel: (617) 542-5070                      Brian J. Slovut (#0236846)
                                         slov0002@umn.edu
Aamir A. Kazi                            Deputy General Counsel
Kazi@fr.com                              Carrie Ryan-Gallia (#0390479)
1180 Peachtree Street NE                 ryang001@umn.edu
Atlanta, GA 30309                        Senior Associate General Counsel
Tel: (404) 892-5005                      360 McNamara Alumni Center
                                         200 Oak Street S.E.
Katherine D. Prescott                    Minneapolis, MN 55455-2006
prescott@fr.com                          Tel: (612) 624-4100
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel : (650) 839-5070                     **Attorneys for Plaintiff**
                                         **Regents of the University of Minnesota**

8

Dated:  October 20, 2021                     **MCKOOL SMITH, P.C.**

                                             */s/  Nicholas Mathews*
                                             _____
                                             Theodore Stevenson III (*pro hac vice*)
                                             Texas State Bar No. 19196650
                                             tstevenson@mckoolsmith.com
                                             Warren Lipschitz (*pro hac vice*)
                                             Texas State Bar No. 24078867
                                             wlipschitz@mckoolsmith.com
                                             Nicholas Mathews (*pro hac vice*)
                                             Texas State Bar No. 24085457
                                             nmathews@mckoolsmith.com
                                             Jonathan Nathanial Powers (*pro hac vice)*
                                             Texas State Bar No. _____
                                             jpowers@mckoolsmith.com
                                             300 Crescent Court Suite 1500
                                             Dallas, TX 75201
                                             Tel: (214) 978-4000
                                             Fax (214) 978-4044

                                             Karen McDaniel (#194554)
                                             kmcdaniel@taftlaw.com
                                             Michael M. Lafeber (#242871)
                                             mlafeber@taftlaw.com
                                             **TAFT STETTINIUS & HOLLISTER, LLP**
                                             2200 IDS Center
                                             80 South Eighth Street
                                             Minneapolis, MN 55402
                                             Tel: (612) 977-8400
                                             Fax: (612) 977-8650

                                             **Attorneys For Defendant-Intervenor
                                             Ericsson Inc.**

Dated:  October 20, 2021                    **BERENS & MILLER, P.A.**

*s/ Benjamin Hershkowitz*
Barbara P. Berens (#209788)
Carrie L. Zochert (#291778)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-6416
Tel: (612) 349-6171
Fax: (612) 349-6416
bberens@berensmiller.com
czochert@berensmiller.com

Benjamin Hershkowitz (*pro hac vice*)
Josh A. Krevitt (*pro hac vice*)
Laura Corbin
Robert Scott Roe
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
bhershkowitz@gibsondunn.com
jkrevitt@gibsondunn.com
lcorbin@gibsondunn.com
sroe@gibsondunn.com

Eric T. Syu
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel: (949) 451-4190
Fax: (949) 475-4690
esyu@gibsondunn.com

Neema Jalali (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Ste. 3000
San Francisco, CA 94105-0921
Tel: (415) 393-8258
Fax: (415) 374-8409
njalali@gibsondunn.com

**Attorneys for Defendant AT&T Mobility LLC**

Dated:  October 20, 2021

**MCGUIREWOODS LLP**

*/s/ David E. Finkelson*

David E. Finkelson (*pro hac vice*)
George B. Davis (*pro hac vice*)
Josue Caballero (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1000
dfinkelson@mcguirewoods.com
gdavis@mcguirewoods.com
jcaballero@mcguirewoods.com


Jason W. Cook
**MCGUIRE WOODS LLP**
20000 McKinney Avenue, Ste. 1400
Dallas, TX 75201
Tel: (214) 932-6418
Fax: (214) 273-7483
jcook@mcguirewoods.com

John A. Cotter (MN Bar No. 0134296)
**LARKIN HOFFMAN DALY & LINDGREN, LTD.**
8300 Norman Center Drive, Ste. 1000
Minneapolis, MN 55437-1060
Tel: (952) 896-3340
Fax: (952) 896-1599
jcotter@larkinhoffman.com

***Attorneys for Defendants Sprint Solutions, Inc. and Sprint Spectrum L.P.***

Dated:  October 20, 2021

**MCGUIRE WOODS LLP**

*/s/ David E. Finkelson*
David E. Finkelson (*pro hac vice*)
George B. Davis (*pro hac vice*)
Josue Caballero (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1000
dfinkelson@mcguirewoods.com
bberens@berensmiller.com
czochert@berensmiller.com

John A. Cotter (MN Bar No. 0134296)
**LARKIN HOFFMAN DALY & LINDGREN LTD.**
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1060
Tel: (952) 896-3340
Fax: (952) 896-1599
jcotter@larkinhoffman.com

***Attorneys for Defendant T-Mobile USA, Inc.***

Dated:  October 20, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Jeffri Kaminski*
Mark G. Schroeder (#171530)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Tel: (612) 977-8400
Fax: (612) 977-8650
Mschroeder@taftlaw.com

Frank C. Cimino, Jr.
Jeffri A. Kaminski
**VENABLE LLP**
600 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 344-4569
Fccimino@venable.com
Jakaminski@venable.com

*Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless*

Dated:  October 20, 2021

**SAPIENTIA LAW GROUP PLLC**

By: */s/ Marc L. Kaplan*
Jonathan A. Strauss (#0279602)
Sonia L. Miller-Van Oort (#0278087)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Tel: (612) 756-7100
Fax: (612) 756-7101
jons@sapientialaw.com
soniamv@sapientialaw.com

David Aaron Nelson
Marc Lawrence Kaplan
Nathaniel Andrew Hamstra
Stephen Andrew Swedlow
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
191 N. Wacker Drive, Ste. 2700
Chicago, IL 60606

Tel: (312) 705-7400
Fax: (312) 705-7401
davenelson@quinnemanuel.com
marckaplan@quinnemanuel.com
nathanhamstra@quinnemanuel.com
stephenswedlow@quinnemanuel.com


***Attorneys for Defendant-Intervenors Alcatel-Lucent USA Inc. and Nokia Solutions and Networks US LLC***