## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>                  Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, et al.,<br>                  Defendants. | Civil No. 14-4666 (JRT/TNL)<br><br><br>**TRIAL NOTICE** |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>                  Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., et al.,<br>                  Defendants. | Civil No. 14-4669 (JRT/TNL) |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>                  Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., et al.,<br>                  Defendants. | Civil No. 14-4671 (JRT/TNL) |
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>                  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, et al.,<br>                  Defendants. | Civil No. 14-4672 (JRT/TNL) |

This case is set for trial on Monday, March 10, 2025, at 9:00 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 14E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.   Jury selection is set for Friday, March 7, 2025 at 9:00 a.m.

Motions in limine are due by January 10, 2025. Responses to motions in limine are due by January 24, 2025. The hearing on the motions in limine is set on February 19, 2025 at 1:30 p.m. Pre-trial submissions including jury instructions, voir dire, exhibit lists, witness lists, and a statement of the case are due on February 19, 2025.

The parties should be aware that this date is subject to change if a criminal case must be tried that week, or if there are other changes to the Court's calendar.

Dated: December 3, 2024  
at Minneapolis, Minnesota                             s/ John R. Tunheim       
                                                                    JOHN R. TUNHEIM  
                                                                    United States District Judge